1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  MICHELLE NICOLE JENSEN

8

9
                   IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
   UNITED STATES OF AMERICA,       ) No. Cr-S-04-0297 FCD
14                                 )
             Plaintiff,            )
15                                 ) ORDER EXONERATING BOND
        v.                         )
16                                 )
   MICHELLE NICOLE JENSEN,         )
17                                 ) Judge: Hon. Frank C. Damrell, Jr.
             Defendant.            )
18                                 )
   _____ )
19

20
   On or about March 4, 2005, a receipt for a Deed of Trust in the amount
21
   of $100,000.00 was placed in the court vault on behalf of Michelle
22
   Nicole Jensen, Cr-S-04-297 FCD (receipt number 8170)
23
        On September 5, 2006 Ms. Jensen was sentenced to time served.
24
   ///
25
   ///
26
   ///
27
   ///
28

It is hereby requested that $100,000 bond be exonerated in the above-captioned case and that the Clerk of the District Court be directed to reconvey the property to Mr. and Mrs. Jensen, 104 Donner Court, Woodland, CA  95695.

Dated:  October 23, 2006

                                       Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender

                                       /s/ Caro Marks
                                       CARO MARKS
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       MICHELLE NICOLE JENSEN

### **O R D E R**

IT IS HEREBY ORDERED that the bail bond in the amount of $100,000 secured by Mr. and Ms. Jensen is hereby exonerated.

Dated: October 24, 2006           /s/ Frank C. Damrell, Jr.
                                       FRANK C. DAMRELL, JR.
                                       U.S. DISTRICT JUDGE